**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TOURANG GOUDARZI SOTODEH,

Petitioner,

v.

ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, ETC., ET AL.,

Respondents.

No. ED CV 26-4267-DOC(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE