JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TOURANG GOUDARZI SOTODEH,

Petitioner,

v.

ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, ETC., ET AL.,

Respondents.

No. ED CV 26-4267-DOC(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 5, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE